# LONDON FISCHER LLP

59 MAIDEN LANE
NEW YORK, NEW YORK 10038

| IRVINE OFFICE | | LOS ANGELES OFFICE |
|---|---|---|
| 2505 MCCABE WAY, SUITE 100 | (212) 972-1000 | 800 WILSHIRE BOULEVARD, SUITE 1550 |
| IRVINE, CALIFORNIA 92614 | FACSIMILE: (212) 972-1030 | LOS ANGELES, CALIFORNIA 90017 |

www.LondonFischer.com

January 21, 2021

**Application GRANTED. The Clerk of Court is directed to terminate ECF No. 23. SO ORDERED.**

*[signature]*

**January 21, 2021**

<u>Via ECF</u>

Hon. Jesse M. Furman
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

> Re: *Penguin Air Conditioning Corp., et al. v Travelers Indemnity Company*
> S.D.N.Y. Case No. 20-cv-03377 (JMF)
> File No.: 178.0567572

Dear Judge Furman:

Plaintiffs, Penguin Air Conditioning Corp., 285 Madison Owner, LLC, RFR Realty, LLC, RFR Holding (NY), and Structure Tone, Inc. (collectively "Plaintiffs"), submit this letter-motion requesting a two (2) week extension of time to file Plaintiffs' motion for summary judgment pursuant to Rule 1(E) of Your Honor's Individual Rules and Practices.

On December 28, 2020, the Court issued a briefing schedule as follows:

(1) Plaintiffs shall file its motion for summary judgment on February 4, 2021;
(2) Defendant shall file a consolidated opposition and cross-motion on March 4, 2021;
(3) Plaintiffs shall file a consolidated opposition and reply by March 25, 2021, and;
(4) Defendant shall file a reply by April 1, 2021.

(ECF No. 22). The Court further directed the parties to meet and confer if either party believes that an alternative briefing structure or schedule is warranted. (ECF No. 22). Plaintiffs submit this letter-motion respectfully requesting the extended briefing schedule as follows:

(1) Plaintiffs shall file its motion for summary judgment on February 18, 2021;
(2) Defendant shall file a consolidated opposition and cross-motion on March 18, 2021;
(3) Plaintiffs shall file a consolidated opposition and reply by April 8, 2021, and;
(4) Defendant shall file a reply by April 15, 2021.

{N1820900.1 }

*Hon. Jesse M. Furman*
*January 21, 2021*
*Page 2*

This is the first request for the requested extension of time. Defendant consents to the above schedule. The Court has not scheduled the next appearance for the parties to appear before Your Honor.

    Plaintiffs respectfully request the application set forth above and thank the Court for its attention to this matter.

                      Respectfully Submitted,

                        */s/ Jason M. Myers*

                        Jason M. Myers