UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                              :

PENGUIN AIR CONDITIONING CORP. et al.,    :

                   Plaintiffs,    :

          -v-           :       20-CV-3377 (JMF)

                                             :

TRAVELERS INDEMNITY CO.,    :       <u>ORDER</u>

                 Defendant.    :

------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of the fact that all claims ripe for adjudication have been resolved, *see* ECF Nos. 45 and 48, the Court sees no reason to keep this case in active status.  Accordingly, the Clerk of Court is directed to administratively close the case — without prejudice to Plaintiffs' right to reopen the action **within thirty days** of the resolution of the Underlying Action, *Dorset v. 285 Madison Owner, LLC*, No. 157440/14 (N.Y. Sup. Ct. Jan. 16, 2015).  To be clear, upon resolution of the Underlying Action, Plaintiffs need only file a motion to reopen this case; there is no need to file a new suit.  That said, any motion to reopen **must** be filed **by the aforementioned deadline**; any motion to reopen filed thereafter may be denied solely on that basis.  The Clerk of Court is directed to administratively close the case.

      SO ORDERED.

Dated: November 2, 2021
      New York, New York

                                     JESSE M. FURMAN
                               United States District Judge